IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-03215-MSK-CBS

JORGE TENA,

       Plaintiff,

v.

(FNU) LINZA,

       Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #49**) filed on March 13, 2014, overruling objections (**Doc. #43**) and adopting the recommendation issued by the Magistrate Judge (**Doc. #36**) to grant motion to dismiss (**Doc. #30**), it is

ORDERED that:

The Recommendation of Magistrate Judge Shaffer (**Doc. #36**) is **ADOPTED** in its entirety.   Judgment is entered in favor of defendant and all remaining claims of plaintiff are dismissed.   It is

FURTHER ORDERED that the case is closed.

Dated this 25th day March, 2014.

                                            ENTERED FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                          s/Patricia Glover
                                            Deputy Clerk